MLM:JAJ:BWB:ZA
F.#2006R00688

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 29 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ABDEL NUR,
    also known as "Compton Eversley,"

              Defendant.

- - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 07-543 (S-1)(DLI)
(T. 18, U.S.C., §§
2339A(a), 2 and 3551
et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## PROVISION OF MATERIAL SUPPORT TO TERRORISTS

In or about and between November 2006 and June 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ABDEL NUR, also known as "Compton Eversley," together with others, did knowingly and intentionally provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including property, tangible and intangible, and services, including facilities and personnel, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to unlawfully deliver, place, discharge and detonate an explosive and other lethal device in, into and against a public transportation system, to wit: John F. Kennedy International Airport, and an infrastructure facility, to wit: fuel tanks and pipelines at John F. Kennedy

International Airport, with the intent to cause death, serious bodily injury and extensive destruction of such system and facility, where such destruction was likely to result in major economic loss, in violation of Title 18, United States Code, Section 2332f.

(Title 18, United States Code, Section 2339A(a), 2 and 3551 et seq.)

*[signature: Loretta E. Lynch]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK