

COURT EXHIBIT
#1 6/29/10

MLM/JAJ/BWB/ZA
F.#2007R00688

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ABDEL NUR,
    also known as "Compton Eversley,"

                Defendant.
- - - - - - - - - - - - - - - - - - - X

WAIVER OF INDICTMENT

07-CR-543 (S-1) (DLI)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

JUN 29 2010

BROOKLYN OFFICE

       I, ABDEL NUR, the above-named defendant who is accused of knowingly and intentionally providing material support and resources, including property, tangible and intangible, and services, including facilities and personnel, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to unlawfully deliver, place, discharge and detonate an explosive and other lethal device in, into and against a public transportation system, to wit: John F. Kennedy International Airport, and an infrastructure facility, to wit: fuel tanks and pipelines at John F. Kennedy International Airport, with the intent to cause death, serious bodily injury and extensive destruction of such system and facility, where such destruction was likely to result in major economic loss, in violation of Title 18, United States Code, Section 2339A, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court prosecution by

indictment and consent that the proceeding may be by information rather than by indictment.

_Abdul Nur._
ABDEL NUR
Defendant

_Dan Nobel_
Dan Nobel, Esq.
Counsel for Defendant

Dated: June 29, 2010
Brooklyn, NY.

S/DLI

Before _____
THE HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK