| | |
|---|---|
| **DANIEL NOBEL**<br>Attorney at Law | 401 Broadway, 25th Floor<br>New York, NY 10013 |

*Telephone: (212) 219-2870*
*Fax:        (212) 219-9255*
*E-mail:     dannobelesq@aol.com*

November 1, 2010

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

By ECF and fax

                            Re:  United States v. Defreitas, et al, incl. Abdel Nur
                                       07 Cr. 543 (DLI)

Dear Judge Irizarry:

      I write to request an adjournment of Mr. Nur's sentencing, and of the time in which Mr. Nur has to file his sentencing submission, for a period of one month. Mr. Nur is currently scheduled for sentencing on November 18, 2010.

      The reason for this request is that Mr. Nur is currently being treated for lung cancer on the intensive care unit of Downtown Hospital. We are unable to visit him at that location in order to complete our sentencing submission. Additionally, it is unclear what his condition will be on the currently scheduled date or when his treatment at Downtown Hospital will be at a stage permitting his transfer to a BOP medical facility.

      The government does not object to the granting of this request.

                                                            Respectfully submitted,

                                                             Daniel Nobel

cc: AUSA Marshall Miller, Jason Jones, Berit W. Berger
    Zainab Ahmad (by ECF and e-mail attachment)

    USPO Frank M. Marcigliano, Jr. (by ECF and e-mail attachment)